BEFORE THE THIRD DIVISION, OCTOBER 18, 1965

No. 69593.—Ardalt, Inc., et al. *v.* United States, protests 60/6108, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the items marked "D" consist of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 20, 1965

No. 69594.—G. Hirsch & Sons, Inc., et al. *v.* United States, protests 64/17566, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of insignia, composed in chief value of bullions, similar in all material respects to those involved in Abstract 66583, the claim of the plaintiffs was sustained.